IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE MADDEN                                                                                              PLAINTIFF
ADC #136534

V.                                          NO: 5:10CV00231 SWW/HDY

LARRY NORRIS *et al.*                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 18th day of August, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE